IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISON

| | | |
|---|---|---|
| DEBRA SHEEDER | : | Civil Action No. 4:07-cv-00148 |
| Plaintiff, | : | |
| vs. | : | |
| ZWICKER & ASSOCIATES, P.C. and THE BUREAUS, INC. | : | |
| Defendants. | : | |

## DISMISSAL WITH PREJUDICE

Plaintiff Debra Sheeder, by her attorney Ray Johnson, hereby dismisses the above-captioned matter against all defendants with prejudice pursuant to a settlement agreement between the parties.

Respectfully submitted,

_____
RAY JOHNSON
PK2868344
Johnson Law Firm
950 Office Park Road
Suite 335
W. Des Moines, Iowa 50265
Phone: (515) 224-7090
Fax:  (515) 222-2656
Johnsonlaw29@aol.com

1